UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAISHA MURPHY *and* SHANA-KAY MCDOUGALL, *on behalf of themselves and those similarly situated* | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:17-cv-1033 |
| HEARTSHARE HUMAN SERVICES OF NEW YORK, *and* HEARTSHARE EDUCATION CENTER | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## CORPORATE DISCLOSURE STATEMENT

Defendants HeartShare Human Services of New York, Roman Catholic Diocese of Brooklyn (improperly captioned in the Complaint as "HeartShare Human Services of New York"), and HeartShare Education Center hereby state that there are no other entities that constitute a parent corporation or a publicly held corporation owning 10% or more of a defendant's stock.

Dated: March 29, 2017  Respectfully submitted,

ROPES & GRAY LLP

By: /s/ Lee S. Gayer
Lee S. Gayer
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000
Lee.Gayer@ropesgray.com

Jeffrey F. Webb (*pro hac vice* admission pending)
Aaron G. Gingrande (*pro hac vice* admission pending)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000
Jeffrey.Webb@ropesgray.com
Aaron.Gingrande@ropesgray.com

*Counsel for HEARTSHARE HUMAN SERVICES OF NEW YORK, ROMAN CATHOLIC DIOCESE OF BROOKLYN*


WINGATE, KEARNEY, & CULLEN, LLP

By: /s/ Richard Cea
Richard Cea
WINGATE, KEARNEY, & CULLEN, LLP
45 Main Street, Suite 1020
Brooklyn, NY 11201
(718) 852-5900
rjcea@wkclaw.com

*Counsel for HEARTSHARE EDUCATION CENTER*

## **CERTIFICATE OF SERVICE**

      I, Lee S. Gayer, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.


Dated: March 29, 2017                               */s/ Lee S. Gayer*
                                                                  Lee S. Gayer