UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAISHA MURPHY and SHANA-KAY MCDOUGALL, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>– against –<br><br>HEARTSHARE HUMAN SERVICES OF NEW YORK and HEARTSHARE EDUCATION CENTER,<br><br>Defendants. | **SCHEDULING ORDER**<br><br>17-CV-1033<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>★ MAY 23 2017 ★<br>BROOKLYN OFFICE |

**JACK B. WEINSTEIN, Senior United States District Judge:**

The court is in receipt of plaintiffs' letter dated May 16, 2017 requesting an adjournment of the hearing on defendants' motion to dismiss on the pleadings scheduled for May 24, 2017 (ECF No. 22) and the parties' joint discovery plan (ECF No. 24).

The hearing on defendants' motion to dismiss will be held as previously scheduled on May 24, 2017 at 10:30 A.M. in Courtroom 10 B South. The parties' request to conduct no discovery until after the hearing has taken place is granted. The motion can be decided without any discovery. The proposed discovery schedule will be discussed at the hearing.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: May 23, 2017
Brooklyn, New York