

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600
WWW.ROPESGRAY.COM

August 8, 2017

Jeffrey F. Webb
T +1 617 951 7636
jeffrey.webb@ropesgray.com

**BY E-MAIL**

Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Murphy et al. v. HeartShare Human Services of New York et al., 17 CV 1033*

Dear Judge Gold:

The parties in the above-referenced employment action write jointly to request a brief extension of time to file a Motion for Rule 23 Class Certification.

These documents were initially due on August 1, 2017. The parties filed a joint request to extend the deadline until August 8, 2017, which the Court granted. The parties are still in the process of finalizing these documents and request an extension until August 15, 2017. The requested extension would not affect any other deadline in this matter.

Respectfully submitted,


s\ Jeffrey F. Webb
Jeffrey F. Webb



cc:   All Counsel of Record