UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------×

KAISHA MURPHY *and* SHANA-KAY MCDOUGALL,
on behalf of themselves and those similarly situated,

      *Plaintiffs*,

    v.

HEARTSHARE HUMAN SERVICES OF NEW YORK
*and* HEARTSHARE EDUCATION CENTER,

      *Defendants*.

------------------------------------------------------------------------×

17 CV 1033

NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF PROVISIONAL SETTLEMENT CLASS

    **PLEASE TAKE NOTICE THAT**, upon the accompanying Joint Memorandum of Law in Support of Motion for Preliminary Approval of Class Action Settlement and Certification of Provisional Settlement Class, dated August 29, 2017, counsel for Plaintiff and Defendants will move this Court, on a date and time to be set by the Court, before the Honorable Steven M. Gold, United States Magistrate Judge, at the United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order (1) certifying provisional settlement class; (2) granting preliminary approval of the proposed class action settlement; (3) approving the notice to class members; (4) assigning Named Plaintiff's counsel as Class Counsel; and (5) setting a final approval hearing and briefing schedule.

Dated: New York, New York
    August 29, 2017

            By: /s Walker G. Harman, Jr.
               Walker G. Harman, Jr. [WH-8044]
               Owen H. Laird [OL-6994]
               THE HARMAN FIRM, LLP
               220 Fifth Avenue, Suite 900
               New York, NY 10001
               212.425.2600
               wharman@theharmanfirm.com
               olaird@theharmanfirm.com
               *Attorneys for Plaintiffs*