UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KAISHA MURPHY *and* SHANA-KAY MCDOUGALL, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>HEARTSHARE HUMAN SERVICES OF NEW YORK, *and* HEARTSHARE EDUCATION CENTER<br><br>Defendants. | Case No. 1:17-cv-1033 |

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT

Plaintiffs Kaisha Murphy and Shana-Kay McDougall, and Defendants HeartShare Human Services of New York, Roman Catholic Diocese of Brooklyn (improperly captioned in the Complaint as "HeartShare Human Services of New York") and HeartShare Education Center, by and through their attorneys, and for the reasons stated in the concurrently-filed Declaration of Jeffrey F. Webb, and the Memorandum of Law in support of the parties' Motion for Preliminary Approval of Settlement, filed on August 29, 2017, hereby jointly move this Court for an Order granting final approval of the parties' Settlement Agreement, filed on September 11, 2017.

As no Final Settlement Class Member has elected to be excluded from the Settlement, there are no other impediments and this matter is ripe for final approval. Accordingly, the parties are prepared to proceed with the hearing set for January 23, 2018.

Dated: January 9, 2017

Respectfully submitted,

THE HARMAN FIRM, LLP

By: /s/ Walker G. Harman, Jr.
Walker G. Harman, Jr.
220 5th Ave #900
New York, NY 10001
(212) 425-2600
wharman@theharmanfirm.com

*Counsel for Plaintiffs*

ROPES & GRAY LLP

By: /s/ Jeffrey F. Webb
Jeffrey F. Webb (*pro hac*)
Aaron G. Gingrande (*pro hac*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000
Jeffrey.Webb@ropesgray.com
Aaron.Gingrande@ropesgray.com

Lee S. Gayer
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000
Lee.Gayer@ropesgray.com

*Counsel for HEARTSHARE HUMAN SERVICES OF NEW YORK, ROMAN CATHOLIC DIOCESE OF BROOKLYN*

## CERTIFICATE OF SERVICE

      I, Aaron Gingrande, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

Dated:  January 9, 2018                               /s/ Aaron Gingrande
                                                                   Aaron Gingrande