UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAISHA MURPHY *and* SHANA-KAY MCDOUGALL, *on behalf of themselves and those similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>HEARTSHARE HUMAN SERVICES OF NEW YORK, *and* HEARTSHARE EDUCATION CENTER, Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1:17-cv-1033 |

## DECLARATION OF JEFFREY F. WEBB

I, Jeffrey F. Webb, hereby depose and state as follows:

1.  I am counsel for Defendant HeartShare Human Services of New York, Roman Catholic Diocese of Brooklyn (improperly captioned in the Complaint as "HeartShare Human Services of New York").

2.  I submit this affidavit on behalf of counsel for all parties in support of the Court's final approval of the parties' Settlement Agreement in the above-captioned matter, which the Court approved on September 11, 2017 (the "Settlement Agreement"). For the avoidance of doubt, all capitalized terms in this declaration shall have the meaning ascribed to them in the Settlement Agreement.

3.  I have conferred with opposing counsel, Walker G. Harman, Jr., who is aware of and confirms the content of this Declaration.

4.  I was involved in overseeing the mailing of the Class Notice, and the Payment Notification and Dispute Form to members of the Settlement Class.

5.   The process of sending these documents to Settlement Class Members complied with the procedure outlined in the Settlement Agreement.

6.   I have monitored the inbox "heartshareclassaction@gmail.com," to which Settlement Class Members were instructed in the Class Notice to send elections if they wished to be excluded from the class, and to which Final Settlement Class Members were instructed in the Class Notice to send any objections that they had to the Settlement.

7.   No Settlement Class Member elected to be excluded from the Settlement Class during the Exclusion Period.

8.   No Final Settlement Class Member has objected to the Settlement.

Hereby signed under the pains and penalties of perjury:

Dated:  January 9, 2017
         /s/ Jeffrey F. Webb
         Jeffrey F. Webb