## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE** | January 23, 2018 |
| **TIME:** | 10:00 a.m. |
| **DOCKET NUMBER(S):** | **CV 17-1033 (SMG)** |
| **NAME OF CASE(S):** | Murphy et al v. HeartShare Human Services of New York et al |
| **FOR PLAINTIFF(S):** | **Harman and Laird** |
| **FOR DEFENDANT(S):** | **Webb and Gingrande** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **10:03-10:19** |

**FAIRNESS HEARING RULINGS:**

**Fairness Hearing held. Motion for final approval granted.**

**The Clerk is directed to close the case without prejudice to a motion to reopen made by May 1, 2018 if the terms of the settlement agreement have not by then been satisfied.**